# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES v. ALLEN TAYLOR | DOCKET NO.: 3:21-cr-00538 (MAS) |

## PETITION FOR WRIT OF HABEAS CORPUS

( **X** ) Ad Prosequendum          (   ) Ad Testificandum

1. **Allen Taylor:**   USMS # 55189-509 (hereinafter the "Detainee") is now confined at:

   **MONMOUTH COUNTY CORRECTIONAL INSTITUTION**
   1 Waterworks Road
   Freehold, NJ 07728

2. The Detainee is charged in this District by: ( **X** ) Indictment      (   ) Information      (   ) Complaint with a violation of Title 18, United States Code, Section 922(g)(1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Clarkson S. Fisher Federal Building and United States Courthouse, before the Hon. Michael A. Shipp, U.S.D.J. on **Wednesday, January 11th, 2023 at 11:00 a.m.**, for a Sentencing Hearing in the above-captioned case.   A Writ of Habeas Corpus should issue for that purpose.


DATED:   January 4, 2023

*/s/ Matthew Belgiovine*
MATTHEW J. BELGIOVINE
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: January 6, 2022

                                        HON. MICHAEL A. SHIPP, U.S.D.J.

# WRIT OF HABEAS CORPUS

The United States of America to the Warden of:

**MONMOUTH COUNTY CORRECTIONAL INSTITUTION**
1 Waterworks Road
Freehold, NJ 07728

WE COMMAND YOU that you have the body of

**ALLEN TAYLOR**

now confined at the MONMOUTH COUNTY CORRECTIONAL INSTITUTION, brought before the United States District Court, the HON. MICHAEL A. SHIPP, U.S.D.J. in the Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, New Jersey, on **January 11th, 2023 at 11:00 a.m.,** for a Sentencing Hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

                                        WITNESS the Honorable Michael A. Shipp
                                        United States District Judge
                                        Trenton, New Jersey.

DATED: January 6, 2022            WILLIAM T. WALSH
                                        Clerk of the U.S. District Court
                                        for the District of New Jersey

                                        Per:  s/ Jair Bodnar
                                                 Deputy Clerk